FILED
CLERK, U.S. DISTRICT COURT

MAR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASAN BALIAL WYATT, | ) NO. EDCV 08-00313-GHK (MAN) |
|  Petitioner, | ) |
| v. | ) JUDGMENT |
| VICTOR ALMGER, | ) |
|  Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: 3/14/08

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE